UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION
------------------------------------------------------------------x

JAMES VAN WINKLE,

        Plaintiff,

--against--

KINGSHOP CO., LLC, a New York Limited
Liability Company, d/b/a 1335-1399 ULSTER
AVENUE SHOPPING CENTER,

        Defendant.

------------------------------------------------------------------x

**STIPULATION
OF DISMISSAL
WITH PREJUDICE**

15 Civ. 01547 (DNH) (DJS)

***IT IS HEREBY STIPULATED AND AGREED,*** by and between the undersigned counsel, that the parties having executed a Confidential Settlement Agreement settling all claims herein, this action is hereby dismissed, with prejudice and without costs, disbursements or attorney's fees to any party.

Dated: White Plains, New York
       July 29, 2016

| | |
|---|---|
| **FULLER, FULLER & ASSOCIATES, P.A.** | **KEANE & BEANE, P.C.** |
| By: _[signature]_ | By: _[signature]_ |
| Lawrence A. Fuller (516068) | Edward J. Phillips (508500) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 12000 Biscayne Boulevard, Suite 502 | 445 Hamilton Avenue, Suite 1500 |
| North Miami, FL 33181 | White Plains, NY 10601 |
| (305) 891-5199 | (914) 946-4777 |
| (305) 893-9505 (fax) | (914) 946-6868 (fax) |
| lfuller@fullerfuller.co | ephillips@kblaw.com |

IT IS SO ORDERED:

_[signature]_
David N. Hurd
United States District Judge

Dated: August 2, 2016
       Utica, NY